| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ST. JOSEPH | ) | CONTINUOUS TERM, 2020 |
| KENNETH KARKIEWICZ, | ) | |
| Plaintiff, | ) | |
| | ) | 71D05-2002-CT-000070 |
| -vs- | ) | CAUSE NO: |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, KENNETH KARKIEWICZ, by and through counsel, ARMAN G. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for his cause of action against the Defendant, WAL-MART STORES EAST, LP, alleges and states as follows:

1. That the Plaintiff is an individual and resident of South Bend, Indiana, found in St. Joseph County.

2. That the Defendant, WAL-MART STORES EAST, LP, is a for-profit business licensed to operate under the laws of the State of Indiana to transact business as a retailer with one or more store locations throughout the state.

3. That at all times relevant herein, the Defendant, WAL-MART STORES EAST, LP, owned, managed, or otherwise operated a store located at 3701 Portage Rd, South Bend, IN 46628, St. Joseph County.

4. That on or about November 1, 2018, the Plaintiff was a business invitee of the Defendant, at the premises of the Wal-Mart Store, located at the above referenced address in South Bend, Indiana.

5. That at all times relevant herein, the Defendant, WAL-MART STORES EAST, LP, was in exclusive control, possession, and/or management of said premises, both inside and outside of the store, and had a duty to operate and maintain the premises in a reasonably safe condition for business invitees.

Exhibit A

6. That at all times relevant herein, the Defendant, WAL-MART STORES EAST, LP, also had a duty to take reasonable precautions to protect its business invitees from foreseeable criminal activity, including but not limited to providing adequate lighting, adequate staff to police and control the premises, adequate security systems, and/or provide adequate warnings and notice to business invitees.

7. That on November 1, 2018, in the evening hours, the Plaintiff had shopped at the Wal-Mart Store.

8. That after checking out of the store, the Plaintiff was robbed and assaulted at his vehicle.

9. That the identity of the person who robbed and assaulted the Plaintiff is unknown and was unable to be determined based upon information retained by the Defendant.

10. That at all times relevant hereto, Defendant and/or its employees and/or agents, for which the Defendant is vicariously liable for, failed to exercise the degree of care in the maintenance and security of the premises as would have been exercised by a person of ordinary prudence with regard to a business invitee, under the same or similar circumstances, all of which constitute negligence and a breach of one or more duties.

11. That as a direct result of the carelessness and negligence of the Defendant and/or its employees and/or agents, the Plaintiff sustained serious bodily injuries, incurred substantial medical expenses, and endured great pain and suffering, among other harms and losses, some of which are ongoing and permanent in nature.

12. That such negligence of the Defendant was the direct and proximate cause of Plaintiff's injuries and losses.

WHEREFORE, the Plaintiff, KENNETH KARKIEWICZ prays for judgment against the Defendant, WAL-MART STORES EAST, LP, in a just and proper sum, for the costs of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

_____
ARMAN G. SARKISIAN (Atty. #28767-64)
SARKISIAN, SARKISIAN & ASSOCIATES
6165 Central Avenue
Portage, IN   46368
p. (219)762-7718 / f. (219) 763-4650
Arman@SarkLawFirm.com
Attorney for Plaintiff

## MOTION FOR TRIAL BY JURY

Plaintiff, by counsel, request a trial by jury on all counts triable by a jury.

Respectfully submitted,

_____
ARMAN G. SARKISIAN (Atty. #28767-64)
SARKISIAN, SARKISIAN & ASSOCIATES
6165 Central Avenue
Portage, IN   46368
p. (219)762-7718 / f. (219) 763-4650
Arman@SarkLawFirm.com
Attorney for Plaintiff